DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUBEN ENRIQUE LOPEZ-BRAVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00099 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| RUBEN ENRIQUE LOPEZ-BRAVO, | Date:  July 9, 2007 |
| Defendant. | Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for June 11, 2007, **may be continued to July 9, 2007 at 9:00 a.m.**

This continuance is requested to allow time for additional defense preparation and to allow additional time for preparation, receipt and review of a presentence investigation report prior to the hearing.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: June 7, 2007        By  /s/  David Gappa
                               DAVID GAPPA
                               Assistant United States Attorney
                               Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 7, 2007        By /s/ Melody M. Walcott
                              MELODY M. WALCOTT
                              Assistant Federal Defender
                              Attorney for Defendant
                              RUBEN ENRIQUE LOPEZ-BRAVO

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 8, 2007**              /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon         2