DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUBEN ENRIQUE LOPEZ-BRAVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUBEN ENRIQUE LOPEZ-BRAVO,<br><br>    Defendant. | NO. 1:07-cr-00099 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND RESET FOR CHANGE OF PLEA HEARING; ORDER THEREON<br><br>Date:  September 4, 2007<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

    **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for August 6, 2007, **may be continued to September 4, 2007 at 9:00 a.m. and reset for a change of plea hearing.**

    This continuance is requested to allow time for additional defense preparation and will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                      McGREGOR M. SCOTT  
                                                      United States Attorney

DATED: July 24, 2007                        By  /s/  David Gappa  
                                                      DAVID GAPPA  
                                                        Assistant United States Attorney  
                                                        Attorney for Plaintiff

                                                        DANIEL J. BRODERICK  
                                                        Federal Defender

DATED: July 24, 2007                        By  /s/ Melody M. Walcott  
                                                        MELODY M. WALCOTT  
                                                        Assistant Federal Defender  
                                                        Attorney for Defendant  
                                                        RUBEN ENRIQUE LOPEZ-BRAVO

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 25, 2007**                                  **/s/ Anthony W. Ishii**  
                                                          UNITED STATES DISTRICT JUDGE